ACCEPTED
04-15-00417-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 9:51:50 PM
KEITH HOTTLE
CLERK

# Pozza & Whyte, PLLC

239 East Commerce Street
San Antonio, Texas 78205
Telephone: (210) 226-8888
Facsimile: (210) 224-6373
www.pozzaandwhyte.com

**DAN POZZA**
danpozza@pozzaandwhyte.com

Board Certified Civil Appellate Law
Civil Trial Law and Personal Injury Trial Law
Texas Board of Legal Specialization

LORIEN WHYTE
lorienwhyte@pozzaandwhyte.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
11/17/2015 9:51:50 PM
KEITH E. HOTTLE
Clerk

November 17, 2015

Keith Hottle
Clerk of the Court
Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, TX 78205

> Re: No. 04-15-00417-CV; *Richard Cecil Peterson and Alma Peterson v. John Lawrence Jimenez, M.D., and Brian Phillip Perry, M.D.*

Dear Mr. Hottle:

I am writing to provide you with my new contact information. I will remain as lead counsel in the above styled appeal. Please update your records with the following information:

Lorien Whyte
Pozza & Whyte, PLLC
239 E. Commerce St.
San Antonio, TX 78205
210.226.8888 Office
210.222.8477 Fax
lorienwhyte@pozzaandwhyte.com

If you should have any further questions concerning this matter, please do not hesitate to contact me.

Very truly yours,

**Pozza & Whyte, PLLC**


By: ___/S/ Lorien Whyte_____
Lorien Whyte
Partner

cc:      James Veale, Jr. (Via Efiling)
           Celeste P. Lira (Via Efiling)
           Richard J.W. Nunez (Via Efiling)